**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jesus RIVERA–ALVARADO,**
**Defendant—Appellant.**

No. 10–10539.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 19, 2012.

Filed April 24, 2012.

James B. Morse, Jr., Assistant U.S., Tracy Van Buskirk, Assistant U.S.,

USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Patrick Edward McGillicuddy, I, Esquire, Law Offices of Patrick E. McGillicuddy, Phoenix, AZ, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and GRABER, Circuit Judges.

MEMORANDUM *

Defendant Jesus Rivera–Alvarado appeals his sentence following his convictions for conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846; distribution and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841; possession of a firearm in furtherance of a drug-trafficking crime, in violation of 18 U.S.C. § 924(c); and being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g), 924(a). We affirm.

The district court did not err in admitting the jury verdict during the hearing under 21 U.S.C. § 851. We assume, without deciding, that the Federal Rules of Evidence apply to a hearing under 21 U.S.C. § 851. Federal Rule of Evidence 201(b)(2) permits a court to take judicial notice of a fact that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Those requirements plainly were met here.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Judicial notice of the verdict, as was requested by the government, was therefore proper.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.